# United States District Court
# For The Western District of North Carolina
# Statesville Division

JULIUS CHRISTOPHER COX,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NUMBER: 5:10CV34-2-MU

(FNU) CARAWAY & (FNU) SMATHERS,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2010 Order.

    Signed: March 23, 2010

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court